# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 29, 2020

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:  New York State Rifle & Pistol Association, Inc., et al.
           v. City of New York, New York, et al.,
           No. 18-280 (Your docket No. 15-638)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By *[signature]*

                                          Hervé Bocage
                                          Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

                                                                **Scott S. Harris**
                                                                Clerk of the Court
                                                                (202) 479-3011

May 29, 2020

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N. W.
Washington, D. C. 20004

      **Re:  New York State Rifle & Pistol Association, Inc., et al.**
            **v. City of New York, New York, et al.,**
            **No. 18-280**

Dear Mr. Clement:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

      The petitioners are given recovery of costs in this Court as follows:

|  |  |
|---|---|
| **Printing of record:** | **$2,074.11** |
| **Clerk's costs:** | **300.00** |
| **Total:** | **$2,374.11** |

      This amount may be recovered from the respondents.

                                                                   Sincerely,

                                                                   SCOTT S. HARRIS, Clerk

                                                                   By

                                                                   Herve' Bocage
                                                                   Judgments/Mandates Clerk

cc:  All counsel of record
      Clerk, USCA 2nd Cir.
           (Your docket No. 15-638)

# Supreme Court of the United States

No. 18-280

**NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL.,**

                                                                                                        Petitioners

v.

**CITY OF NEW YORK, NEW YORK, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners the New York State Rifle & Pistol Association, Inc., et al. recover from the City of New York, New York, et al., Two Thousand Three Hundred and Seventy-Four Dollars and Eleven Cents ($2,374.11) for costs herein expended.

                                                        April 27, 2020

| | |
|---|---|
| **Printing of record:** | $2,074.11 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $2,374.11 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States